# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:23-cr-00457-7 |
| Plaintiff, ) | JUDGE DAVID A. RUIZ |
| vs. ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JAIVON WILLIAMS, ) | |
| Defendant. ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge James E. Grimes, Jr. regarding the change of plea hearing of Jaivon Williams which was referred to the Magistrate Judge with the consent of the parties.

On August 23, 2023, the Government filed a 37 count, multi-defendant Indictment, that charged Defendant Jaivon Williams with the following: Count 1, Conspiracy to Engage in the Business of Importing, Manufacturing, or Dealing in Firearms Without a Licensee, in violation of Title 18 U.S.C. §§ 371, and 922(a)(1)(A); Count 7, Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, in violation of Title 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(D) and 2; Count 8, Conspiracy to Engage in Firearms Trafficking, in violation of Title 18 U.S.C. § 933(a)(1) and (3); Count 15, Trafficking in Firearms, in violation of Title 18 U.S.C. § 933(a)(1) and 2; Count 27, Possession of a Machine Gun, in violation of Title 18 U.S.C. §§ 922(o) and 924(a)(2); and Count 28, Transfer of a Machine Gun, in violation of Title 18 U.S.C. §§ 922(o) and 924(a)(2) and 2.  Defendant Jaivon Williams was arraigned on March 27, 2024, during which he entered a plea of not guilty to the charges.

On September 3, 2024 Magistrate Judge James E. Grimes, Jr. received Defendant Jaivon Williams' plea of guilty to Count 15, Trafficking in Firearms in violation of 18 U.S.C. § 933(a)(1), and Count 28, Transfer of a Machine Gun, in violation of 18 U.S.C. § 922(o), of the Indictment with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judges R&R is adopted. Defendant Jaivon Williams is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Jaivon Williams is adjudged guilty of violating 18 U.S.C. § 933(a)(1), in Count 15, and 18 U.S.C. § 922(o), in Count 28, of the Indictment, as set forth in the plea agreement.  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will occur, as previously scheduled, on December 17, 2024, at 12:00 p.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/ David A. Ruiz*     12/11/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE